MCGREGOR W. SCOTT
United States Attorney
JONATHAN B. CONKLIN
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone: (559) 498-7272

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                    )<br>            Plaintiff,              )<br>                                    )<br>     v.                             )<br>                                    )<br>                                    )<br>                                    )<br>JOHN ORR,                           )<br>                                    )<br>                                    )<br>            Defendant.              )<br>_____ ) | CR. F. NO. 04-5202 REC<br><br>STIPULATION TO CONTINUE<br>SENTENCING HEARING |

   It is hereby stipulated by and between the parties that the sentencing hearing set for May 16, 2005, shall be continued to June 6, 2005, to allow for additional time for the defendant's sentencing memorandum filed May 6, 2005.

                                        MCGREGOR W. SCOTT
                                        United States Attorney

DATED: May 12, 2005                     By   /s/ Jonathan B. Conklin
                                        JONATHAN B. CONKLIN
                                        Assistant U.S. Attorney

1

```
DATED: _May 12, 2005      By,   /s/ Peter Kapetan
                                PETER KAPETAN
                                Attorney for Defendant
```

IT is hereby ordered that the sentencing hearing currently set for May 16, 2005, shall be continued to June 6, 2005, to allow additional time for the government to file its response to the defendant's sentencing memorandum filed May 6, 2005.

```
DATE: May 13, 05                /s/ ROBERT E. COYLE
                                Robert E. Coyle
                                Senior United States District
                                Court Judge
```

2